# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES E. CHRONISTER,**

      **Plaintiff,**

**v.**                                                    **Case No:  6:12-cv-1184-Orl-31DAB**

**INTUITIVE SURGICAL, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court on the unopposed Motion to Extend Discovery Deadlines, Pretrial Deadlines and Trial Date (Doc. 22) filed by the Plaintiff, James E. Chronister.

This case was originally filed in March 2012. It was removed to this Court in August 2012. On September 13, 2012, the parties submitted a Case Management Report (Doc. 16) in which they agreed to a discovery cutoff of August 2, 2013 and a trial term beginning in February 2014. The next day, the Court entered a Case Management and Scheduling Order (Doc. 17) incorporating the agreed-upon deadlines.

On April 15, 2013, more than a year after the case had been filed, new counsel entered appearances for the Plaintiff and now seek to extend the pretrial deadlines and trial by six months. As grounds for this motion, the Plaintiff seems to concede having frittered away the past year, with virtually no investigation or discovery taking place. And Plaintiff's new attorneys contend that they are too busy to accomplish the tasks required by this case within the current deadlines – deadlines that were agreed to by both parties' attorneys in the Case Management Report filed eight months ago.

Needless to say, the Plaintiff has not shown good cause to warrant the relief requested. Accordingly, it is hereby

**ORDERED** that the Motion to Extend Discovery Deadlines, Pretrial Deadlines and Trial Date (Doc. 22) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties